# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 11-CIV-9491            Date Filed: _____

Plaintiff:
**LUCAS LARSON**

vs.

Defendant:
**SERPE & ASSOCIATES, P.C. AND SEAN SERPE, INDIVIDUALLY**

For:
PHILLIPS & PHILLIPS
30 Broad Street
35th Floor
New York, NY 10004

Received by B.A.R.NONE PROCESS SERVERS on the 27th day of December, 2011 at 7:32 pm to be served on **SEAN SERPE, 69 CEDAR SHORE DRIVE, MASSAPEQUA**, Nassau County, NY 11758.

I, Lougliste S. Joseph, being duly sworn, depose and say that on the **3rd day of January, 2012** at **11:44 am**, I:

**AFFIXED** a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** to the door at the address of: **69 CEDAR SHORE DRIVE, MASSAPEQUA**, Nassau County, NY 11758, the same being the defendant/respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** in a postpaid envelope to the address of: **69 CEDAR SHORE DRIVE, MASSAPEQUA,** Nassau County, NY **11758** bearing the words "Personal & Confidential" by First Class Mail on **1/4/2012** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
12/28/2011  6:01 pm   Attempted Service: 69 CEDAR SHORE DRIVE, MASSAPEQUA, NY 11758
12/31/2011  4:02 pm   Attempted Service: 69 CEDAR SHORE DRIVE, MASSAPEQUA, NY 11758
1/2/2012  8:24 pm   During my attempt on 12/28/2011, an older White Woman came toward the door after I rang the door bell, then suddenly walked away after I asked for Mr. Sean Serpe. I continued to ring the doorbell and knocked several times, she did not come back to the door. She is described to be in her late 60's with grey hair. And on my attempt on 12/31/2011, No one came to answer the door knocks and/or bells, the front door and the side door.
1/3/2012  10:12 am  Attempted Service: 69 CEDAR SHORE DRIVE, MASSAPEQUA, NY 11758
1/3/2012  11:44 am   no one home. SERVICE WAS NAILED TO THE DEFENDANT'S DOOR ON THE THIRD ATTEMPT, 1/3/2012 AT 10:12 A.M. I BELIEVE THAT THE ADDRESS IS THE CORRECT ADDRESS BECAUSE THERE IS A SIGN THAT READS "WELCOME TO THE SERPE" and ON THE FRONT DOOR, IT READS "S. SERPE, M.D."

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: New York
County: Kings

Subscribed and Sworn to before me on the 4th day of January, 2012 by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY
WILFRED NEGRON
Notary Public - State of New York
No. 01NE6239805
Qualified in Kings County
My Commission Expires April 28, 2015

Lougliste S. Joseph
1246704

B.A.R.NONE PROCESS SERVERS
43 Madison Street
Ste. 3F
Brooklyn, NY 11238
(347) 674-2668
Our Job Serial Number: BNP-2011000488
Ref: 11-CIV-9491
Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

