UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUCAS LARSON,

                              Plaintiff,

                  -against-

SERPE & ASSOCIATES, P.C. and
SEAN SERPE, *Individually*,

                            Defendants.
------------------------------------------------------------------X

**11-CV-9491**

## NOTICE OF APPEARANCE

To the clerk of this court and all parties of record: Please enter my appearance as a counsel for plaintiff in the herein action. I certify that I am admitted to practice in this court.

Dated:    New York, New York
             February 16, 2012

                                                      _____
                                                        Marjorie Mesidor, Esq. (MM1978)
                                                        Phillips & Philips
                                                        Attorneys Law, PLLC
                                                        30 Broad Street, 35th Floor
                                                        New York, NY 10004
                                                        Tel: (212) 248-7431
                                                        Fax: (212)587-4169
                                                        mmesidor@tpglaws.com