UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LUCAS LARSON,

        Plaintiff,

    -against-

SERPE & ASSOCIATES, P.C., et ano.,

        Defendants.
------------------------------------x

**ORDER**

11 Civ. 9491 (MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **TUESDAY, APRIL 10, 2012 at 2:00 P.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
      April 3, 2012

                      SO ORDERED.

                      _____
                      MICHAEL H. DOLINGER
                      **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Marjorie Mesidor, Esq.
William Kerry Phillips, Esq.
Phillips & Phillips
30 Broad Street, 35th Floor
New York, NY 10004
Fax: (212) 587-4169

And by U.S. Mail To:

Mr. Sean Serpe
69 Cedar Shore Drive
Massapequa, NY 11758

Serpe & Associates, P.C.
450 Seventh Avenue, Suite 2601
New York, NY 10123