UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LUCAS LARSON,
:
        Plaintiff,
:      **ORDER**

   -against-
:      11 Civ. 9491 (MHD)

SERPE & ASSOCIATES, P.C.,
et al.,
:
        Defendants.
:
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that the deadline for the parties to submit a joint pre-trial order is adjourned without date pending settlement.

Dated: New York, New York
      August 8, 2012

                            SO ORDERED.

                            _____
                            MICHAEL H. DOLINGER
                            UNITED STATES MAGISTRATE JUDGE

A copy of the foregoing Order was sent today to:

Marjorie Mesidor, Esq.
William Kerry Phillips, Esq.
Phillips & Phillips
30 Broad Street, 35th Floor
New York, NY 10004
Fax: (212) 587-4169

Mr. Sean Serpe
69 Cedar Shore Drive
Massapequa, NY 11758