UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LUCAS LARSON,

                Plaintiff,           :                __ORDER__

                           :

          -against-            :       11 Civ. 9491 (MHD)

SERPE & ASSOCIATES, P.C., et al.,  :

           Defendants.        :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 12/4/12

     It is hereby **ORDERED** that counsel for plaintiff and counsel for defendant Serpe & Associates, P.C. are to provide the court with a written status report, including any schedule pertinent to the bankruptcy filing of defendant Sean Serpe, by no later than December 21, 2012.


Dated: New York, New York

      December 3, 2012


                           SO ORDERED.


                           _____

                           MICHAEL H. DOLINGER

                           UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Marjorie Mesidor, Esq.
William Kerry Phillips, Esq.
Phillips & Phillips
30 Broad Street, 35th Floor
New York, NY 10004
Fax: (212) 587-4169

And by U.S. Mail To:

Mr. Sean Serpe
69 Cedar Shore Drive
Massapequa, NY 11758

Serpe & Associates, P.C.
450 Seventh Avenue, Suite 2601
New York, NY 10123