UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X   Case No.:  11-CV-9491
LUCAS LARSON,

                                                                          NOTICE OF APPEARANCE

                                    Plaintiff,

                -against-

SERPE & ASSOCIATES, P.C. and
SEAN SERPE, Individually,


                                    Defendants.
-----------------------------------------------------------------------------X

                        NOTICE OF APPEARANCE

        To the clerk of this court and all parties of record: Please enter my appearance as a
counsel for plaintiff in the herein action. I certify that I am admitted to practice in this court.



Dated:     New York, New York
           November 12, 2013

                                            _____s/_____
                                            Daphney Guillaume, Esq. (DG9807)
                                            Phillips & Associates
                                            Attorneys Law, PLLC
                                            45 Broadway, Suite 620
                                            New York, NY 10006
                                            Tel: (212) 248-7431
                                            Fax: (212) 901-2107
                                            dguillaume@tpglaws.com