

**PHILLIPS & ASSOCIATES**

ATTORNEYS AT LAW

45 BROADWAY SUITE 620, NEW YORK, NY 10006
TEL: 212-248-7431  FAX: 212-901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

11/13/13

November 12, 2013

**Via Facsimile (212-805-7928)**
Hon. Mag. J. Michael H. Dolinger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



Re:     <u>Larson v. Serpe & Associates, P.C. et al.</u>
           Case No.: 11-CV-09491 (MHD)

Dear Judge Dolinger:

    We represent the Plaintiff, Lucas Larson, in the above referenced action. Per your chamber's directives, we are providing a status report as to Defendant, Sean Serpe's bankruptcy proceeding. This firm does not represent Mr. Larson in the bankruptcy proceeding. As such, the basis of the information in this status letter is the information available on the court docket.

    As of today, November 12, 2013, Mr. Serpe's bankruptcy action (Case No. 8:12-bk-75177) is still pending. Since Plaintiff's last letter to the Court on December 21, 2012, Mr. Serpe filed a certificate regarding completing a financial management course. In addition, one of the adversary actions was closed.

    Should Your Honor have any questions or concerns relating to this matter, please feel free to contact our offices.

                                                  Respectfully submitted,

                                                  **PHILLIPS & ASSOCIATES,**
                                                  **ATTORNEYS AT LAW, PLLC**

                                                  By: _____/s_____
                                                    Daphney Guillaume (DG9807)

cc: Sean Serpe, Esq. (*sean@seanserpelaw.com*)

ENDORSED ORDER

Plaintiff is to advise the court in writing as to what actions he proposes to take to bring this case to a close. This is to be done by December 29, 2013.

11/13/13

<u>FAX Cover Sheet</u>

Date:       November 13, 2013

To:         **Daphney Guillaume, Esq.**
            **Marjorie Mesidor, Esq.**
            **William Kerry Phillips, Esq.**

            **Phillips & Phillips Attorneys At Law, PLLC**
            **45 Broadway, Suite 620**
            **New York, NY 10004**
            **Fax: (212) 901-2107**

**And by U.S. Mail To:**

            **Mr. Sean Serpe**
            **69 Cedar Shore Drive**
            **Massapequa, NY 11758**

Re:         <u>Larson v. Serpe & Associates, P.C. et al</u>
            11 Civ. 9491  (MHD)

            **Endorsed order:** "Plaintiff is to advise the court in writing as to what actions he proposes to take to bring this case to a close. This is to be done by December 29, 2013."

From:       Magistrate Judge Michael H. Dolinger
            United States District Court
            Southern District of New York
            500 Pearl Street, Room 1670
            New York, New York 10007-1312

            FAX (212) 805-7928

            TELEPHONE NUMBER (212) 805-0204

This document contains <u>2</u> pages, including this cover sheet.